A CERTIFIED TRUE COPY
MAR 14 2001
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
Feb. 26, 2001
MICHAEL J. BECK
CLERK OF THE PANEL

*DOCKET NO. 875* CIVIL 01-203 PAM/JGL

RECEIVED BY MAIL
MAR 23 2001
CLERK US DIST COURT
ST. PAUL, MN

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-191)*

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 67,634 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
MAR 14 2001
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 03/16/01
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED MAR 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Feb. 26, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—191 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| **ILLINOIS CENTRAL** | | |
| ILC | 3 | 00-3334 |
| ILC | 3 | 01-3031 |
| **ILLINOIS NORTHERN** | | |
| ILN | 1 | 97-2158 |
| ILN | 1 | 99-903 |
| ILN | 1 | 99-8517 |
| ILN | 1 | 99-8546 |
| ILN | 1 | 99-8576 |
| ILN | 1 | 00-79 |
| ILN | 1 | 00-1057 |
| ILN | 1 | 00-1817 |
| ILN | 1 | 00-3587 |
| ILN | 1 | 00-3588 |
| ILN | 1 | 00-4164 |
| ILN | 1 | 00-5172 |
| ILN | 1 | 00-7216 |
| ILN | 1 | 00-8184 |
| ILN | 1 | 01-444 |
| ILN | 1 | 01-445 |
| ILN | 1 | 01-446 |
| ILN | 1 | 01-447 |
| ILN | 1 | 01-586 |
| ILN | 1 | 01-587 |
| ILN | 1 | 01-589 |
| ILN | 1 | 01-591 |
| ILN | 1 | 01-598 |
| ILN | 1 | 01-605 |
| ILN | 1 | 01-609 |
| ILN | 1 | 01-611 |
| ILN | 1 | 01-612 |
| ILN | 1 | 01-613 |
| ILN | 1 | 01-634 |
| ILN | 3 | 99-50049 |
| **ILLINOIS SOUTHERN** | | |
| ILS | 4 | 01-4029 |
| **INDIANA NORTHERN** | | |
| INN | 2 | 00-228 |
| INN | 2 | 00-235 |
| INN | 2 | 00-373 |
| INN | 2 | 00-374 |
| INN | 2 | 00-375 |
| INN | 2 | 00-376 |
| INN | 2 | 00-377 |
| INN | 2 | 00-380 |
| INN | 2 | 00-381 |
| INN | 2 | 00-382 |
| INN | 2 | 00-383 |
| INN | 2 | 00-384 |
| INN | 2 | 00-385 |
| INN | 2 | 00-477 |
| INN | 2 | 00-478 |
| INN | 2 | 00-491 |
| INN | 2 | 00-492 |
| INN | 2 | 00-493 |
| INN | 2 | 00-494 |
| INN | 2 | 00-495 |
| INN | 2 | 00-496 |
| INN | 2 | 00-497 |
| INN | 2 | 00-498 |
| INN | 2 | 00-499 |
| INN | 3 | 00-295 |
| INN | 4 | 00-33 |
| **INDIANA SOUTHERN** | | |
| INS | 1 | 01-1 |
| INS | 1 | 01-92 |
| INS | 2 | 01-9 |
| INS | 2 | 01-10 |
| INS | 2 | 01-11 |
| INS | 2 | 01-12 |
| INS | 2 | 01-13 |
| INS | 2 | 01-14 |
| INS | 2 | 01-15 |
| INS | 2 | 01-16 |
| INS | 2 | 01-23 |
| INS | 2 | 01-24 |
| INS | 2 | 01-26 |
| INS | 2 | 01-27 |
| ~~INS~~ | ~~3~~ | ~~01-10~~ |
| **MARYLAND** | | |
| MD | 1 | 01-152 |
| **MINNESOTA** | | |
| MN | 0 | 01-201 |
| MN | 0 | 01-202 |
| MN | 0 | 01-203 |
| MN | 0 | 01-206 |
| MN | 0 | 01-207 |
| **MONTANA** | | |
| MT | 1 | 01-12 |
| ~~MT~~ | ~~9~~ | ~~99-127~~ opposed 3/5/01 |
| **NORTH CAROLINA EASTERN** | | |
| NCE | 7 | 00-244 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM | 1 | 01-101 |
| **NEW YORK EASTERN** | | |
| NYE | 1 | 00-5370 |
| NYE | 1 | 00-5371 |
| NYE | 1 | 00-5372 |
| NYE | 1 | 00-5374 |
| NYE | 1 | 00-5376 |
| NYE | 1 | 00-6636 |
| NYE | 1 | 00-6917 |
| NYE | 1 | 00-6928 |
| NYE | 1 | 00-6929 |
| NYE | 1 | 00-7452 |
| NYE | 1 | 00-7453 |
| NYE | 1 | 00-7454 |
| NYE | 1 | 00-7455 |
| NYE | 1 | 00-7456 |
| NYE | 1 | 00-7457 |
| **RHODE ISLAND** | | |
| RI | 1 | 00-541 |
| RI | 1 | 00-591 |
| RI | 1 | 00-619 |
| RI | 1 | 00-620 |
| **SOUTH CAROLINA** | | |
| SC | 2 | 01-76 |
| SC | 2 | 01-94 |
| SC | 2 | 01-95 |
| ~~SC~~ | ~~2~~ | ~~01-101~~ vacated 3/8/01 |
| ~~SC~~ | ~~2~~ | ~~01-102~~ vacated 3/8/01 |
| **TEXAS NORTHERN** | | |
| TXN | 4 | 01-1 |
| TXN | 4 | 01-2 |
| TXN | 4 | 01-3 |
| TXN | 4 | 01-4 |
| TXN | 4 | 01-5 |
| TXN | 4 | 01-6 |
| TXN | 4 | 01-7 |
| TXN | 4 | 01-8 |
| TXN | 4 | 01-9 |
| TXN | 4 | 01-10 |
| TXN | 4 | 01-11 |
| TXN | 4 | 01-12 |
| TXN | 4 | 01-13 |
| TXN | 4 | 01-14 |
| TXN | 4 | 01-15 |
| TXN | 4 | 01-16 |
| **VIRGINIA EASTERN** | | |
| VAE | 2 | 01-4151 |
| VAE | 2 | 01-4152 |
| VAE | 2 | 01-4153 |
| VAE | 2 | 01-4154 |
| VAE | 2 | 01-4155 |
| VAE | 2 | 01-4156 |
| VAE | 2 | 01-4157 |
| VAE | 2 | 01-4158 |
| VAE | 2 | 01-4159 |
| VAE | 2 | 01-4160 |
| VAE | 2 | 01-4161 |
| VAE | 2 | 01-4162 |
| VAE | 2 | 01-4163 |
| VAE | 2 | 01-4164 |
| VAE | 2 | 01-4165 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 2 | 01-4166 |
| VAE | 2 | 01-4167 |
| VAE | 2 | 01-4168 |
| VAE | 2 | 01-4169 |
| VAE | 2 | 01-4170 |
| VAE | 2 | 01-4171 |
| VAE | 2 | 01-4172 |
| VAE | 2 | 01-4173 |
| VAE | 2 | 01-4174 |
| VAE | 2 | 01-4175 |
| VAE | 2 | 01-4176 |
| VAE | 2 | 01-4177 |
| VAE | 2 | 01-4178 |
| VAE | 2 | 01-4179 |
| VAE | 2 | 01-4180 |
| VAE | 2 | 01-4181 |
| VAE | 2 | 01-4182 |
| VAE | 2 | 01-4183 |
| VAE | 2 | 01-4184 |
| VAE | 2 | 01-4185 |
| VAE | 2 | 01-4186 |
| VAE | 2 | 01-4187 |
| VAE | 2 | 01-4188 |
| VAE | 2 | 01-4189 |
| VAE | 2 | 01-4190 |
| VAE | 2 | 01-4191 |
| VAE | 2 | 01-4192 |
| VAE | 2 | 01-4193 |
| VAE | 2 | 01-4194 |
| VAE | 2 | 01-4195 |
| VAE | 2 | 01-4196 |
| VAE | 2 | 01-4197 |
| VAE | 2 | 01-4198 |
| VAE | 2 | 01-4199 |
| VAE | 2 | 01-4200 |
| VAE | 2 | 01-4201 |
| VAE | 2 | 01-4202 |
| VAE | 2 | 01-4203 |
| VAE | 2 | 01-4204 |
| VAE | 2 | 01-4205 |
| VAE | 2 | 01-4206 |
| VAE | 2 | 01-4207 |
| VAE | 2 | 01-4208 |
| VAE | 2 | 01-4209 |
| VAE | 2 | 01-4210 |
| VAE | 2 | 01-4211 |
| VAE | 2 | 01-4212 |
| VAE | 2 | 01-4213 |
| VAE | 2 | 01-4214 |
| VAE | 2 | 01-4215 |
| VAE | 2 | 01-4216 |
| VAE | 2 | 01-4217 |
| VAE | 2 | 01-4218 |
| VAE | 2 | 01-4219 |
| VAE | 2 | 01-4220 |
| VAE | 2 | 01-4221 |
| VAE | 2 | 01-4222 |
| WISCONSIN WESTERN | | |
| WIW | 3 | 01-70 |
| WIW | 3 | 01-71 |