THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Nick Iacobazzi,

Plaintiff,

vs.

Soo Line Railroad Company,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Court File No. CV 01-203 [PAM/JGL]

**COMES NOW** Plaintiff, Nick Iacobazzi, and Defendant, Soo Line Railroad Company, and hereby stipulate, agree and request that the Court dismiss Plaintiff's claims against Defendant, Soo Line Railroad Company, with prejudice and on the merits.

**GLASSER AND GLASSER, PLC**

By ______________________
Kip A. Harbison ( )
Attorneys for Plaintiff
580 East Main Street
Suite 600
Norfolk, VA 23510
(800) 874-5890

DATED: December 23, 2003

**RIDER BENNETT, LLP**

By ______________________
Mark A. Fredrickson (210535)
Nathan O. Krahn (304013)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8950

DATED: 12-29, 2003

1054336-1

FILED JAN 2 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 2 2004
DEPUTY CLERK ______

**ORDER**

The above-entitled matter having come before the Court pursuant to a stipulation of counsel, and the Court being duly appraised in the premises, hereby makes the following order:

**THAT** the claims of Nick Iacobazzi against the Soo Line Railroad Company in the above-entitled matter be and hereby are dismissed, with prejudice and on the merits, and without costs and disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 31, 2003

Judge of District Court